## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| PABLO AGUILAR, R58742, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **Case No. 26-cv-541-DWD** |
| | ) | |
| WEXFORD HEALTHCARE, | ) | |
| NURSE PRACTITIONER JOINER, | ) | |
| CHRISTINE VINEYARD, | ) | |
| NURSE KELLY, | ) | |
| WARDEN OF CENTRALIA, | ) | |
| | ) | |
| **Defendants.** | ) | |

## MEMORANDUM AND ORDER

**DUGAN, District Judge:**

Plaintiff Pablo Aguilar, an inmate of the Illinois Department of Corrections (IDOC) currently detained at Centralia Correctional Center brings this civil rights action pursuant to 42 U.S.C. § 1983 for alleged deprivations of his constitutional rights. (Doc. 1). Upon initial review, the Court allowed Plaintiff to proceed on an Eighth Amendment claim related to the alleged delay or denial of care for chronic abdominal pain, and a *Monell* claim against Wexford related to alleged cost-cutting practices. (Doc. 7). The Court directed the Defendants to respond to Plaintiff's related Motion for Preliminary Injunctive Relief (Doc. 2), and Defendants have now responded (Doc. 21).

The relief that Plaintiff sought in his Motion was to undergo an MRI that he alleges was recommended 18 months ago, but that has not yet occurred. (Doc. 2 at 2-3). He also seeks a treatment plan from a qualified specialist to address his lower abdominal and

groin pain.  (*Id*.).  In response to the Motion, the Warden indicates that Plaintiff is scheduled for a CT scan the first week of June, and that he was recently seen by a nurse practitioner at the prison.  A declaration provided by the prison's healthcare unit administrator, Brittney Sauter, indicates that on November 7, 2024, a doctor ordered a CT scan of Plaintiff's abdomen/pelvis as a follow-up to a previous ultrasound used to assess pain. (Sauter Decl., Doc. 21-2 at ¶D).  On December 18, 2025, Plaintiff was again seen and a doctor re-ordered the CT scan.  (*Id.* at ¶ I).  The scan was re-ordered by a nurse practitioner for the third time on May 26, 2026.  (*Id.* at J).  Based on the declaration, Defendant contends that Plaintiff's motion is now moot.

The argument that Plaintiff's motion is mooted by the appointment for the CT scan overlooks half of Plaintiff's motion.  Plaintiff seeks the diagnostic imaging, which he has been waiting on for almost 19 months, but more importantly he also seeks a plan of care to address his chronic pain.  It is not apparent from the medical records attached to Defendants response that a plan of care has yet been implemented, and a plan logically may not be possible until the results of the CT scan are returned.  Given that Plaintiff's medical issue is ongoing, and that Defendants response address only half of his request for injunctive relief, his Motion for a Preliminary Injunction (Doc. 2) shall remain pending.  The Defendants shall provide an update on Plaintiff's condition, and any potential plan for care, by June 29, 2026.

## <u>Disposition</u>

Plaintiff's Motion for a Preliminary Injunction (Doc. 2) shall remain pending.  The Defendant's Motion for an Extension to Respond (Doc. 20) is **GRANTED** instanter.  The

initial response to the preliminary injunction has been received (Doc. 21) and reviewed as discussed above.  The Defendants shall file a second update on Plaintiff's status by June 29, 2026.

**IT IS SO ORDERED.**

Dated: June 3, 2026

DAVID W. DUGAN
United States District Judge