IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

PABLO AGUILAR, R58742,           )
                                 )
                    Plaintiff,   )
                                 )
vs.                              )          Case No. 26-cv-541-DWD
                                 )
WEXFORD HEALTHCARE,              )
NURSE PRACTITIONER JOINER,       )
CHRISTINE VINEYARD,              )
NURSE KELLY,                     )
WARDEN OF CENTRALIA,             )
                                 )
                    Defendants.  )

## MEMORANDUM AND ORDER

**DUGAN, District Judge:**

Plaintiff Pablo Aguilar, an inmate of the Illinois Department of Corrections (IDOC) currently detained at Centralia Correctional Center brings this civil rights action pursuant to 42 U.S.C. § 1983 for alleged deprivations of his constitutional rights. (Doc. 1). Upon initial review, the Court designated claims to proceed concerning Plaintiff's health. (Doc. 7). The Court directed the Defendants to respond to Plaintiff's related Motion for Preliminary Injunctive Relief (Doc. 2), Defendants responded (Doc. 21), and the Court directed and received a supplemental response (Doc. 27).

The relief that Plaintiff sought in his Motion was to undergo an MRI that he alleges was recommended 18 months ago, but that has not yet occurred. (Doc. 2 at 2-3). He also sought a treatment plan from a qualified specialist to address his lower abdominal and groin pain. (*Id.*). In the initial response to the Motion, the Warden indicated that Plaintiff

was scheduled for a CT scan the first week of June, and that he was recently seen by a nurse practitioner at the prison.  In the supplemental response (Doc. 27), the Warden now indicates that the CT was performed on June 1, 2026.  The CT revealed no significant abnormalities, though mild prostatomegaly was noted.  A nurse practitioner reviewed the results with Plaintiff on June 12, 2026, and Plaintiff has since been submitted to scheduling for a urology consultation to further address his concerns.  In support of the supplemental response, healthcare unit administrator Britney Sauter attested that the prison had already made contact with a urologist's office and that a specialist visit was forthcoming.  (Doc. 27-2 at ¶ 9).

Given that Plaintiff has now received a CT scan, he has reviewed the results with prison healthcare professionals, and they have scheduled him for a work-up with a specialist to further address his pain, the Court finds that the relief sought in the initial Motion for a Preliminary Injunction (Doc. 2) has all been secured.  There is no further relief that is warranted at this juncture.  If the situation materially changes in the near-term, Plaintiff may file a new motion for preliminary injunctive relief.

### Disposition

Plaintiff's Motion for a Preliminary Injunction (Doc. 2) is **DENIED** as **MOOT** in light of the CT scan that was conducted and the specialist visit that has been scheduled.

**IT IS SO ORDERED.**

Dated: July 14, 2026

_____
DAVID W. DUGAN
United States District Judge